(75 South. 635)

GRAHAM v. STATE. (6 Div. 306.)

(Court of Appeals of Alabama. May 8, 1917.)

CRIMINAL LAW ☞1090(14) — APPEAL—BILL OF EXCEPTIONS—AFFIRMATIVE CHARGE.

Bill of exceptions is necessary for review of refusal to defendant of the general affirmative charge.

[Ed. Note.—For other cases, see Criminal Law, Cent. Dig. §§ 2818, 3204.]

Appeal from Circuit Court, Jefferson County; H. P. Heflin, Judge.

Frank Graham was convicted, and appeals. Affirmed.

W. L. Martin, Atty. Gen., for the State.

BRICKEN, J. The defendant was indicted, tried, and convicted of the offense of assault with intent to murder, and was sentenced to imprisonment in the penitentiary for a term of eight years. The record in this case contains no bill of exceptions. No

<hr>

☞For other cases see same topic and KEY-NUMBER in all Key-Numbered Digests and Indexes.

[1] 197 Ala. 10.

question was raised relative to the sufficiency ·of the indictment, and no exception was reserved to any portion of the oral charge of the court. The only refused charge was the general affirmative charge in favor of the defendant, and this charge cannot be reviewed in the absence of a bill of exceptions. Cobb v. State, 115 Ala. 18, 22 South. 506; Frazier v. State, 71 South. 981.[1]

We have carefully examined the record, and find it free from error, and the judgment of the lower court must be affirmed.

Affirmed.

---

[1] Reported in full in the Southern Reporter; reported as a memorandum decision without opinion in 14 Ala. App. 665.